No. 61.  BUXTON v. ULLMAN, STATE'S ATTORNEY. Appeal from the Supreme Court of Errors of Connecticut. (Probable jurisdiction noted, 362 U. S. 987.)   The motion of Willard Allen et al. for leave to file brief, as *amici curiae,* is granted.   MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this motion.   *Whitney North Seymour* for movants.

No. 176.  SALDANA v. UNITED STATES.  Certiorari, 363 U. S. 838, to the United States Court of Appeals for the Ninth Circuit.  The motion for the appointment of counsel is granted and it is ordered that *Stephen R. Reinhardt, Esquire,* of Los Angeles, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 178.  HOOPER v. BENNETT, WARDEN.  Certiorari, 363 U. S. 838, to the Supreme Court of Iowa.  The writ of certiorari to the Supreme Court of Iowa is dismissed as improvidently granted.

No. 180.  PAYNE v. MADIGAN, WARDEN.  Certiorari, 363 U. S. 839, to the United States Court of Appeals for the Ninth Circuit; and

No. 184.  YOUNG v. UNITED STATES.  Certiorari, 363 U. S. 839, to the United States Court of Appeals for the Eighth Circuit.  The motions for the appointment of counsel are granted and it is ordered that *Frederick M. Rowe, Esquire,* of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioners in these cases.

No. 194, Misc.  HECTOR v. DICKSON, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus and other relief denied.